IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY A. DANIELSON, M.D. | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:05cv270HSO-RHW |
| | § | |
| MEMORIAL HOSPITAL, ET AL. | § | DEFENDANTS |

## JUDGMENT

This matter came on to be heard on Defendant's Motion to Dismiss filed on March 21, 2006 [12-1]. The Court, after a review and consideration of the Defendant's Motion, Plaintiff's response, Defendant's reply, and the pleadings on file, finds that in accord with the order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 12(b)(6). This case is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot, and each party shall bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 18th day of October, 2007.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE